IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE VALLES, an individual on behalf of herself and all others similarly situated,

             Plaintiffs,

vs.

HERITAGE PACIFIC FINANCIAL, LLC, a Texas Limited Liability Company d/b/a HERITAGE PACIFIC FINANCIAL, an unknown and unlicensed fictitious entity; CHRISTOPHER DAVID GANTER, Individually and in his Official Capacity; BENJAMIN ALAN GANTER, Individually and in his Official Capacity; KENNETH WARREN KNOX, Individually and in his Official Capacity; JOHN MARK MONTEIRO; Individually and in his Official Capacity, and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

             Defendants.

Civil Action

12 Civ. 9452

---

## DEFENDANT HERITAGE PACIFIC FINANCIAL, LLC'S FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

NOW COMES the Defendant HERITAGE PACIFIC FINANCIAL LLC through undersigned counsel, and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "[a] non-governmental corporate party must file two copies of a disclosure statement that: 1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or 2) states that there is no such corporation."

2. Defendant HERITAGE PACIFIC FINANCIAL LLC is a Texas Corporation.

HERITAGE PACIFIC FINANCIAL LLC is a privately held corporation.

Respectfully submitted,

Steven Cohen     SC-7503
Law Offices of Steven Cohen, LLC
4197 Third Avenue
Bronx, New York 10457
Tel: (212) 564-1900
Fax: (212) 954-5566
scohen@stevencohenlaw.com

### Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to Abraham Kleinman and William F. Horn, counsels for Plaintiff, on February 27, 2013.

Steven Cohen

File no. 70958