IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE VALLES, an individual on behalf of herself and all others similarly situated,

        Plaintiffs,

vs.

HERITAGE PACIFIC FINANCIAL, LLC, a Texas Limited Liability Company d/b/a HERITAGE PACIFIC FINANCIAL, an unknown and unlicensed fictitious entity; CHRISTOPHER DAVID GANTER, Individually and in his Official Capacity; BENJAMIN ALAN GANTER, Individually and in his Official Capacity; KENNETH WARREN KNOX, Individually and in his Official Capacity; JOHN MARK MONTEIRO; Individually and in his Official Capacity, and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

        Defendants.

Civil Action

12 Civ. 9452

---

## DEFENDANT HERITAGE PACIFIC FINANCIAL, LLC'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26A

1.     Under Rule 26(a)(1)(A), the names, addresses and telephone numbers of each individual likely to have discoverable information that defendant may use to support their claims and defenses:

    Benjamin Ganter
    c/o Heritage Pacific Financial, LLC
    2200 K Avenue, Suite 100
    Plano, TX 75074
    888-233-9115

    Christopher Ganter
    c/o Heritage Pacific Financial, LLC
    2200 K Avenue, Suite 100
    Plano, TX 75074
    888-233-9115

Becky L. Napier
Mercantile Adjustment Bureau
165 Lawrence Bell Dr., Suite 100
Williamsville, NY 14221
716-929-8812

2. Under Rule 26(a)(1)(B), the description of all documents in the possession, custody, or control of the Plaintiff and that the defendant may use to support its claims or defenses, unless solely for impeachment are as follows:

Correspondence from Stephanie Valles to Mercantile Adjustment Bureau dated 3/28/12.

Correspondence from Mercantile Adjustment Bureau to Stephanie Valles dated 4/11/12.

Fixed Rate Note for Loan no. 010401553.

Uniform Residential Loan Application of Stephanie Valles.

Borrower's Certification & Authorization for loan application.

Confirmation of Debt Validity by Stephanie Valles.

Demand Statements from Heritage Pacific Financial.

3. Under Rule 26(a)(1)(C), Defendant makes no claim for damages.

4. Under Rule 26(a)(1)(D), Defendant states that they DO NOT possess any insurance agreement under which any person carrying on an insurance agreement may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

5. Under Rule 26(a)(2), Defendant states they may seek to use expert testimony but at this time have not retained or consulted with any experts. Defendant will supplement this disclosure once an expert has been retained.

Dated: March 27, 2013
       Bronx, NY

Respectfully submitted,

Steven Cohen    SC-7503
Law Offices of Steven Cohen, LLC
4197 Third Avenue
Bronx, New York 10457
Tel: (212) 564-1900
Fax: (212) 954-5566
scohen@stevencohenlaw.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to Abraham Kleinman and William F. Horn, counsels for Plaintiff, on March 27, 2013.

_____
Steven Cohen

File no. 70958