# AFFIDAVIT OF SERVICE

**State of New York** **County of Southern** **U.S. District Court**

Index Number: 12-CV-9452
Date Filed: _____

LAW2013000678

Plaintiff:
**STEPHANIE VALLES**

vs.

Defendant:
**HERITAGE PACIFIC FINANCIAL, LLC, A TEXAS LIMITED LIABILITY COMPANY, ET AL**

Received by LAWYERS CIVIL PROCESS, INC. on the 26th day of March, 2013 at 12:58 pm to be served on **Benjamin Alan Ganter, 2200 K Avenue, Suite 200, Plano, TX 75074-5993**.

I, Kirk French, being duly sworn, depose and say that on the **26th day of March, 2013** at **2:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** executed service by delivering a true copy of the **Summons in a Civil Action with Complaintfor Violations of The Fair Debt Collection Practices Act, Texas Debt Collection Practices Act, And Truth In Lending Act Demand For Jury Trial** with the date of service endorsed thereon by me, to: **Benjamin Alan Ganter** at the address of: **2200 K Avenue, Suite 200, Plano, TX 75074-5993**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemenor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements in this affidavit are true and correct."

**Kirk French**
SCH-484, Exp: 7/31/14

Subscribed and sworn to before me on the 27th day of March, 2013 by the affiant who is personally known to me.

Notary Public

KAYLEIGH CHRISTINE MORROW
MY COMMISSION EXPIRES
November 2, 2013

**LAWYERS CIVIL PROCESS, INC.**
**400 S. Houston Street, Ste 105**
**Dallas, TX 75202**
**(214) 651-7111**

Our Job Serial Number: LAW-2013000678

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

STEPHANIE VALLES, an individual; on behalf of
herself and all others similarly situated

*Plaintiff*

v.

HERITAGE PACIFIC FINANCIAL, LLC, a Texas
Limited Liability Company; et al.

*Defendant*

)
)
)
)
)
)
)
)

## 12 CV 9452

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BENJAMIN ALAN GANTER
2200 K Avenue, Suite 100
Plano, Texas 75074-5993

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham Kleinman, Esq.
KLEINMAN, LLC
626 RXR Plaza
Uniondale, NY 11556

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 28 2012

_____
*Signature of Clerk or Deputy Clerk*