IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────── x
STEPHANIE VALLES, an individual on
behalf of herself and all others similarly   :
situated,
                    Plaintiffs,              :
                                                 Civil Action
vs.                                          :
                                                 12 Civ. 9452
HERITAGE PACIFIC FINANCIAL, LLC,             :
a Texas Limited Liability Company d/b/a
HERITAGE PACIFIC FINANCIAL, an               :
unknown and unlicensed fictitious entity;
CHRISTOPHER DAVID GANTER,                    :
Individually and in his Official Capacity;
BENJAMIN ALAN GANTER,                        :
Individually and in his Official Capacity;
KENNETH WARREN KNOX,                         :
Individually and in his Official Capacity;
JOHN MARK MONTEIRO; Individually             :
and in his Official Capacity, and JOHN
AND JANE DOES NUMBERS 1                      :
THROUGH 25,
                    Defendants.
─────────────────────────────────── x
```

## NOTICE OF SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on January 14, 2014, Heritage Pacific Financial, LLC ("Defendant"), a named defendant herein, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court"), commencing that bankruptcy proceeding styled *In re Heritage Pacific Financial, LLC*, Case No. 14-40107 (the "Bankruptcy Case"). A copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Court is attached hereto as Exhibit "A."

**NOTICE OF SUGGESTION OF BANKRUPTCY – Page 1**

Heritage Pacific Financial is a defendant in the above captioned action, which is based on claims allegedly arising before the petition date.

Pursuant to Section 362(a) of the Bankruptcy Code, the commencement of the Bankruptcy Case operates as a automatic stay of the commencement or the continuation of all judicial actions or proceedings against Defendant that were or could have been commenced prior to the filing of the bankruptcy petition, and as to any and all actions to recover a claim against the Defendant that arose prior to the commencement of the Bankruptcy Case.

Respectfully submitted,

Steven Cohen     SC-7503
Law Offices of Steven Cohen, LLC
4197 Third Avenue
Bronx, New York 10457
Tel: (212) 564-1900
Fax: (212) 954-5566
scohen@stevencohenlaw.com

Dated: January 15, 2014

**NOTICE OF SUGGESTION OF BANKRUPTCY** – Page 2