EXHIBIT A

United States Bankruptcy Court
Eastern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/14/2014 at 1:15 PM and filed on 01/14/2014.

**Heritage Pacific Financial, LLC**
6860 Dallas Parkway, 6th Floor
Plano, TX 75024
Tax ID / EIN: 26-4540580



FILED 01/14/2014 1:15 PM

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

**James S. Brouner**
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-3692

**Christopher Moser**
2001 Bryan Street, Suite 1800

Dallas, TX 75201
(214) 880-1805

The case was assigned case number 14-40107 to Judge Brenda T. Rhoades.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, Suite 300B, 660 North Central Expressway, Plano, TX 75074.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Henderson
Clerk, United States
Bankruptcy Court**